(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

## Western District of New York

ICN# 108604

Londarr Ward

)
)
)
)
)
)
)
)
)

Case No. 22-CV-6497

*(to be filled in by the Clerk's Office)*

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Rodriguez; Erie County Corr. Fac. CO. Primitivo
Burgos; CO Michael Valfu; C.O. Jason Puleo; C.O. David Hry; C.O. Edwin
Hryn

)
)
)
)
)
)
)
)
)
)
)

**JURY TRIAL:** Yes ✓ No___

Amended
Complaint

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Amended

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Page 1 of 11

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                            Londarr Ward

All other names by which
you have been known:

ID Number                       ICN# 108604

Current Institution             Erie County Correction Facility Holding etc.

Address                         40 Delaware Ave

                                Buffalo                N.Y            14202
                                *City*                 *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                            Primitivo Rodriguez

Job or Title *(if known)*       Erie County Correctional Facility Correctional officer

Shield Number                   # 113

Employer                        Erie County Sheriff Dept. Or Erie County Corr Fac.

Address                         11581 Walden Ave

                                Alden                  N.Y            14004
                                *City*                 *State*        *Zip Code*

                                ☑ Individual capacity  ☑ Official capacity

Defendant No. 2

Name                            Michael Walker

Job or Title *(if known)*       Erie County Correctional Facility Correctional Officer

Shield Number                   # 85

Employer                        Erie County Sheriff Dept or Erie County Corr. Fac

Address                         11581 Walden Ave

                                Alden                  NY             14004
                                *City*                 *State*        *Zip Code*

                                ☑ Individual capacity  ☑ Official capacity

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name — Jason Puleo

Job or Title *(if known)* — Erie County Correctional Fac. Corr. Officer

Shield Number — # 118

Employer — Erie County Sheriff Dept. or Erie County Cor. Fac.

Address — 11581 Walden Ave.

Alden        NY        14004
*City*        *State*        *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4 and 5

Name — (Defendant #4) Edwin Burgos // (Defendant #5) David Hyrn

Job or Title *(if known)* — Erie County Correctional Fac. Correctional Officers

Shield Number — (Defendant #4): 134    (Defendant #5): 34

Employer — Erie County Sheriff Dept. or Erie County Cor. Fac.

Address — 11581 Walden Ave.

Alden        N.Y.        14004
*City*        *State*        *Zip Code*

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process and Equal Protection of Law (U.S. Const Amend 14)
Cruel + Unusual Punishment (US Const Amend 8)
Excessive force    Assault/ Police Brutality    and
denial of medical attention

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All of the defendants were State or County government workers/Agents All doing their jobs wrong or negligently or using their Job Status to violate civil rights.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Eric County Correctional Facility visit room seat/booth # 36 on or about 9/27/2022 @ approx. 9:53 am / 11581 Walden Ave, Alden, N.Y. 14004

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

On Sept. 27th 2022 @ approx. 9:53 am

D.   What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

(see attached 1, pages)

V.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Permanent numbness that sees her for 11 months and disfiguration to my back, wrists, and Also very very "bad and permanent" and lasting soreness and disfiguration to my back, wrists, and hands that will not go away and has been there for 911 months and counting; so far, and will not go away. Also loss of motion too in my hands, back and wrists; All resulting in continous trips to medical or Hospital. All pain complained of is a '16' on scale of 1 2 to 10. Also all pain complained of is unbearable and permanent; bumps, cuts, bruises, swelling and disfiguration to my back, wrists and sharp and burning hot throbbing sensations and

VI.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for, and will been there for 12 away and seen there for 12 months already so far.
the acts alleged. Explain the basis for these claims.

$ 500,000 for compensatory damages from each defendant,

$ 500,000 for punitive damages from each defendant,

$ 500,000 for nominal damages from each defendant!

Also for all defendants that acted criminally or in violation of some rule or custom to be punished accordingly

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Erie County Correctional Facility ; 11581 Walden Ave;
Alden, New York 14004

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**D.**     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility? N/A

☐ Yes

☐ No

**E.**     If you did file a grievance:

1.   Where did you file the grievance?

@ the Erie County Correctional Facility; 11581 Walden Ave, Alden, New York 14004

2.   What did you claim in your grievance?

That the correctional officers put cuffs on me "way too tight" and for no reason and that they/such injured me and that they also bent my fingers for no reason at all and such also caused me injury and that they (the defendants) threw me on the floor and jumped on me and that injured me too.

3.   What was the result, if any?

The Grievance and all appeals therefrom were denied

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I exhausted "all" my administrative remedies from beginning to end by grieving the issue and appealling all the denials until there was nothing else I could do but sue

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   N/A

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   N/A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   N/A

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

**A.**     Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

**B.**     If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)     N/A

Defendant(s)     N/A

2.     Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.     Docket or index number

N/A

4.     Name of Judge assigned to your case

N/A

5.     Approximate date of filing lawsuit

N/A

6.     Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.     N/A

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

(Rev. 01/21) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _October 2nd, 2023_

Signature of Plaintiff    _Londan Ward_

Printed Name of Plaintiff    _Londarr Ward_

Prison Identification #    _ICN # 108604_

Prison Address    _Erie County Holding Center_

_Buffalo_                    _N.Y._        _14202_
     *City*                              *State*       *Zip Code*

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
     *City*                              *State*       *Zip Code*

Telephone Number    _____

E-mail Address    _____

Print    Save As...    Add Attachment    Page 10 of 11    Reset

Section IV(D)
Statement of Claim

question D

D. After "a incident" with my lawyer on Sept. 27th, 2022, I gave up and surrendered long before the response team (the defendants) responded. In Otherwords "the defendants"/response team was not even in the same room as me yet when I decided to surrender after a incident with my attorney; by putting my hands on the wall palms flat with my feet spread apart and planted to the floor in whats commonly known as the "I surrender and am not a threat possition". However and although I was not and could not be a threat in said possition and in obvious compliant, cooperative, and calm when the defendants/ response team arrived they (the defendants) then still rushed me and jumped on me, punched and kicked me, and slammed me into the wall causing me injury to my back. Then Correctional Officer defendants "Rodriguez", "Walker", and "Puleo" all placed the cuffs on me "way too tight" hurting me, cutting me, and causing me to bleed, and causing me bumps and bruising and very painful soreness and numbness in my hands and wrists. When I then told the defendants "Rodriguez", "Walker", and "Puleo" that they ~~were~~ put the cuffs on me way too tight and that they were hurting me, the defendant "Rodriguez" responded that "they did not care" and told me to "shut up", and then tightened the cuffs even more causing me to be in a

unbearable amount of time. Then defendants "Rodriguez" and "Walker" started to what I believe was attempt to "break my fingers" and wrists by bending and twisting my fingers and wrists and bending them in ungtual movements also causing me a unbearable amount of pain and disfiguration in my wrists and fingers. Then all of the defendants walked me about 20 feet or so and threw me on the floor for no reason at all and again began to start kicking and punching me; all even though I showed complete compliance and was cooperative and non aggressive throughout this whole entire encounter and my hand did not call for this. The defendants then jumped on me one by one putting their knees, elbows, and feet in my back and spine; all cutting and hurting me even more as if that was possible. I thought I was going to die I was in so much pain and they were also trying to and in any event suffocating me and stopping me from breating. Thereupon they brought me to medical and medical "refused" to treat me.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Londarr Ward

ICN# 108604

**(b)** County of Residence of First Listed Plaintiff  Erie County, NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Erie County Corr. Fac. Corr. Officers Primitivo Rodriguez; Michael Walker; Edwin Burgos; Jason Pulco; David Heyn

County of Residence of First Listed Defendant  Erie County, NY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☒ 555 Prison Condition
- ☒ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
Cruel and Unusual Punishment/ Due Process and equal protection US Const. Amend 8 and 14

Brief description of cause: Denial of medical attention and excessive force and denial of medical attention

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,000,000 + plus

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  October 2nd, 2023

SIGNATURE OF ATTORNEY OF RECORD  Londarr Ward "Pro Se"

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____